FILED

APR 1 7 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 09CR0133-GT |
| Plaintiff, ) | ORDER TO ADVANCE SENTENCING HEARING DATE |
| v. ) | |
| JAIME ALBERTO ALCANTARA-ROJAS, ) | |
| Defendant. ) | |

Joint Motion of the parties having been made in the above-captioned matter, the Court being fully advised and good cause appearing therefore:

IT IS HEREBY ORDERED that the time for hearing the matter in Defendant's Sentencing is advanced to April 17, 2009 at 9:00 a.m..

SO ORDERED.

DATE: 4-16-09

Hon. GORDON THOMPSON, Jr.
Senior Judge, United States District Court